# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| ANTHONY BAILEY, | Case No. 2:19-cv-01725-GMN-BNW |
| Petitioner, | |
| v. | **ORDER** |
| WARDEN BRIAN WILLIAMS, et al., | |
| Respondents. | |

Good cause appearing, Respondents' Motion for Enlargement of Time (ECF No. 7) is GRANTED. Respondents have until February 7, 2020, to answer or otherwise respond to the petition for writ of habeas corpus in this case.

DATED: December 6, 2019

GLORIA M. NAVARRO
UNITED STATES DISTRICT JUDGE