# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| ANTHONY BAILEY, | Case No. 2:19-cv-01725-GMN-BNW |
| Petitioner, | |
| v. | **ORDER** |
| WARDEN BRIAN WILLIAMS, et al., | |
| Respondents. | |

Good cause appearing, Respondents' second Motion for Enlargement of Time (ECF No. 10) is GRANTED. Respondents have until March 23, 2020, to answer or otherwise respond to the petition for writ of habeas corpus in this case.

DATED: February 7, 2020

_____
GLORIA M. NAVARRO
UNITED STATES DISTRICT JUDGE