# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| ANTHONY BAILEY,<br><br>　　　　　　Petitioner,<br>　v.<br>WARDEN BRIAN WILLIAMS, et al.,<br><br>　　　　　　Respondents. | Case No. 2:19-cv-01725-GMN-BNW<br><br>**ORDER** |

This *pro se* habeas matter is before the Court on Respondents' Motion for Leave to File Document Under Seal (ECF No. 13) and Motion for Enlargement of Time (ECF No. 15).

Respondents seek leave to file under seal one document in support of the Motion to Dismiss (ECF No. 12): Exhibit 274, Petitioner's Presentence Investigation Report ("PSI") (ECF No. 14). Under Nevada law, the PSI is "confidential and must not be made a part of any public record." NRS 176.156(5). Having reviewed and considered the matter in accordance with *Kamakana v. City and County of Honolulu*, 447 F.3d 1172 (9th Cir. 2006), and its progeny, the Court finds that a compelling need to protect Petitioner's safety, privacy, and/or personal identifying information outweighs the public interest in open access to court records. Accordingly, the Motion (ECF No. 13) is GRANTED, and the PSI (ECF No. 14) is considered properly filed under seal.

Additionally, good cause appearing, Respondents' third Motion for Enlargement of Time (ECF No. 15) is GRANTED. Respondents have until April 6, 2020, to file the exhibits and corresponding index of exhibits in this case. In light of this extension, Petitioner Anthony Bailey will have until April 20, 2020, to oppose Respondents' Motion to Dismiss.

IT IS SO ORDERED.

DATED: March 24, 2020

_____
GLORIA M. NAVARRO
UNITED STATES DISTRICT JUDGE

1