# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| ANTHONY BAILEY, | Case No. 2:19-cv-01725-GMN-BNW |
| Petitioner, | |
| v. | **ORDER** |
| WARDEN BRIAN WILLIAMS, et al., | |
| Respondents. | |

This habeas matter is before the Court on Petitioner Anthony Bailey's Emergency Motion for Appointment of Counsel (ECF No. 17) as well as Respondents' Motion for Enlargement of Time (ECF No. 18).

There is no constitutional right to appointed counsel in a federal habeas corpus proceeding. *See Luna v. Kernan*, 784 F.3d 640, 642 (9th Cir. 2015) (citing *Lawrence v. Florida*, 549 U.S. 327, 336–37 (2007)). However, an indigent petitioner seeking relief under 28 U.S.C. § 2254 may request the appointment of counsel to pursue that relief. 18 U.S.C. § 3006A(a)(2)(B). The court has discretion to appoint counsel when the interests of justice so require. 18 U.S.C. § 3006A(a)(2).

Bailey's motion asks the Court to appoint counsel because the High Desert State Prison is locked down due to the coronavirus (COVID-19) pandemic and he has no access to the prison law library or inmate law clerks. As such, he asserts he lacks complete abilities to litigate his petition.

This is Bailey's second request for appointed counsel. In October 2019, the first request was denied because Bailey has demonstrated sufficient ability to write and articulate his claims and requests, and the in this case are not particularly complex. (ECF No. 3.) Nothing in Bailey's renewed motion demonstrates that the appointment of counsel is now warranted. Although the COVID-19 pandemic certainly presents new challenges for Bailey, he is not alone. The Court, judiciary employees, attorneys, and non-incarcerated *pro se* litigants are all facing disruptions due to the current health crisis. Accordingly, Bailey's motion fails to present a change in circumstances as it relates to the "interests of justice" standard the Court must consider for the appointment of

counsel. However, the Court will extend Bailey's deadlines as necessary to give him sufficient time. Bailey's renewed motion to appoint counsel is denied.

Good cause appearing, Respondents' fourth Motion for Enlargement of Time (ECF No. 18) is GRANTED. Respondents have until May 21, 2020, to file the exhibits and corresponding index of exhibits in this case. In light of this extension and the current lock down, Bailey will have until July 20, 2020, to oppose Respondents' Motion to Dismiss (ECF No. 12).

**IT IS THEREFORE ORDERED:**

1. Petitioner Anthony Bailey's Emergency Motion for Appointment of Counsel (ECF No. 17) is DENIED.

2. Respondents' fourth Motion for Enlargement of Time (ECF No. 18) is GRANTED.

3. Respondents have until May 21, 2020, to file the exhibits and corresponding index of exhibits in this case.

4. Petitioner Anthony Bailey will have until July 20, 2020, to oppose Respondents' Motion to Dismiss.

DATED: April 7, 2020

_____
GLORIA M. NAVARRO
UNITED STATES DISTRICT JUDGE