# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ANTHONY BAILEY,<br><br>　　　　　　　　Petitioner,<br>　v.<br>WARDEN BRIAN WILLIAMS, et al.,<br><br>　　　　　　　　Respondents. | Case No. 2:19-cv-01725-GMN-BNW<br><br>**ORDER** |

　　　Good cause appearing, Respondents' first Motion for Enlargement of Time (ECF No. 60) is GRANTED.  Respondents have until August 3, 2020, to file a reply in support of their Motion to Dismiss (ECF No. 12).

　　　DATED:　July 13, 2020

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　GLORIA M. NAVARRO
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE