# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| ANTHONY BAILEY,<br><br>　　　　　　　　　Petitioner,<br>v.<br>BRIAN WILLIAMS, et al.,<br><br>　　　　　　　　　Respondents. | Case No. 2:19-cv-01725-GMN-BNW<br><br>**ORDER** |

　　　　This is a federal habeas corpus proceeding filed under 28 U.S.C. § 2254. Petitioner Anthony Bailey filed a request for judicial notice attaching documents that do not comply with the redaction requirements of LR IC 6-1(a)(1) and (3). *See* ECF No. 97 at 5. Compelling reasons exist to seal that document as it contains personal-data identifiers, and the parties cannot change their filings.

　　　　LR IC 6-1(a)(1) states "[i]f an individual's social security number must be included, only the last four digits of that number should be used." LR IC 6-1(a)(3) states "[i]f an individual's date of birth must be included, only the year should be used." According to LR IC 7-1, "[T]he court may strike documents that do not comply with these rules."

**IT IS THEREFORE ORDERED:**

1. Within 10 days after entry of this order, Petitioner must file a redacted publicly available copy of ECF No. 97 that complies with LR IC 6-1(a)(1)–(5).

2. The Clerk of the Court shall seal the document filed as ECF No. 97.

DATED: December 9, 2022

_____
GLORIA M. NAVARRO
UNITED STATES DISTRICT JUDGE