UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ANTHONY BAILEY,<br><br>                              Petitioner,<br>v.<br><br>WARDEN BRIAN WILLIAMS, et al.,<br><br>                              Respondents. | Case No. 2:19-cv-01725-GMN-BNW<br><br>**ORDER** |

Respondents seek an extension of time to file their Response to Petitioner's Rule 60(b) Motion. ECF No. 122.  In addition, Respondents seek an extension of time to file their Answer. ECF No. 123.  The Court finds that the request is made in good faith and not solely for the purpose of delay, and therefore, good cause exists to grant Respondents' Motions.

It is therefore ordered that Respondents' first Motion for Extension of Time (ECF No. 122) is GRANTED.  Respondents have until September 4, 2024, to file their Response to Petitioner's Rule 60(b) Motion.

It is further ordered that Respondents' first Motion for Extension of Time (ECF No. 123) is GRANTED.  Respondents have until October 22, 2024, to file their Answer.

DATED: August 26, 2024

_____
GLORIA M. NAVARRO
UNITED STATES DISTRICT JUDGE