# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| ANTHONY BAILEY,<br><br>　　　　　　　　Petitioner,<br>v.<br>WARDEN BRIAN WILLIAMS, et al.,<br><br>　　　　　　　　Respondents. | Case No. 2:19-cv-01725-GMN-BNW<br><br>**ORDER** |

Respondents seek an extension of time to file their Answer. ECF No. 127. The Court finds that the request is made in good faith and not solely for the purpose of delay, and therefore, good cause exists to grant Respondents' Motion.

It is therefore ordered that Respondents' second Motion for Extension of Time (ECF No. 127) is GRANTED. Respondents have until November 21, 2024, to file their Answer.

DATED: October 25, 2024

_____
GLORIA M. NAVARRO
UNITED STATES DISTRICT JUDGE

1