# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ANTHONY BAILEY,<br><br>　　　　　　　　　Petitioner,<br>v.<br>WARDEN BRIAN WILLIAMS, et al.,<br><br>　　　　　　　　　Respondents. | Case No. 2:19-cv-01725-GMN-BNW<br><br>**ORDER** |

　　　　Respondents seek an extension of time to file their Answer. ECF No. 132. The Court finds that the request is made in good faith and not solely for the purpose of delay, and therefore, good cause exists to grant Respondents' Motion.

　　　　It is therefore ordered that Respondents' fourth Motion for Extension of Time (ECF No. 132) is GRANTED. Respondents have until April 28, 2025, to file their Answer.

DATED: April 17, 2025

_____
GLORIA M. NAVARRO
UNITED STATES DISTRICT JUDGE